UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:99-cr-60043-01 |
| | CIVIL NO. 6:11-1723 |
| VERSUS | JUDGE MELANÇON |
| TRAVIS HARRISON | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, *R. 245*, and having determined that the findings and recommendation are correct under the applicable law; it is

**ORDERED** that Travis Harrison's Motion to Correct Illegal Sentence filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of February, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE