UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **United States of America** | Criminal Action No. 6:99-cr-60043-01 |
| versus | Judge Tucker L. Melançon |
| Harrison, et al | Magistrate Judge C. Michael Hill |

### CERTIFICATE AS TO APPEALABILITY

Before the Court is a Notice of Appeal and Request for Certificate of Appealability [Rec. Doc. 256] filed in the above captioned case, in which the detention complained of arises out of a final order issued by this Court.

After considering the record in this case and the requirements of 28 U.S.C.§ 2253, this Court hereby finds that a certificate of appealability is DENIED for the following reasons:

The analysis contained in the Report and Recommendation of the Magistrate Judge entered on January 31, 2012 [Rec. Doc. 166] and entered as a final judgment on February 28, 2012, demonstrates that petitioner has failed to demonstrate a substantial showing of the denial of a constitutional right.

Signed at Lafayette, Louisiana, this 22nd day of March, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE